SEPTEMBER 13, 1965

Reap. Dec. 11061.—Union Carbide Corporation v. United States, Entered at Niagara Falls, N.Y. Reap. Dec. 11039. Motion by plaintiff.